**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUDSON A. RIDEOUT**, *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-3326 |
| | : | |
| **WELLS FARGO BANK N.A.** | : | |

# ORDER

AND NOW, this 21st day of October 2021, upon considering Defendant's Motion to dismiss (ECF Doc. No. 16), Plaintiffs' Opposition (ECF Doc. No. 17), Defendant's Reply (ECF Doc. No. 18), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 16) is **GRANTED** without prejudice to the Plaintiffs filing a second amended Complaint no later than **November 4, 2021** compliant with Federal Rule 11.

_____
**KEARNEY, J.**